**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Emery Farnsworth,

Plaintiff,

Civil File No.: 01 CV 00893 DWF/AJB

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Burlington Northern Santa Fe Railway Company,

Defendant.

---

It is hereby stipulated by the parties hereto, through the undersigned, their respective attorneys, that all claims may be and hereby are dismissed on the merits with prejudice, but without costs and disbursements to either party. The Clerk of the Court, upon the filing of this Stipulation, is hereby authorized and directed to enter a dismissal of this action.

Dated: June 12, 2002

HOEY, FARINA & DOWNES

By [signature]
Craig W. Church
Atty. Reg. No. 30992
Attorneys for Plaintiff
542 S. Dearborn, Suite 200
Chicago, IL 60605
(312) 939-1212

Dated: 6/20/02

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Julius W. Gernes
Atty. Reg. No. 189704
Attorneys for Defendant
Suite 600, Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 223-8000

JUN 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

## ***ORDER FOR JUDGMENT OF DISMISSAL***

Based upon the foregoing Stipulation of Dismissal,

*IT IS HEREBY ORDERED* that the above-entitled matter shall be dismissed on its merits with prejudice, without further costs and disbursements to any party.

Dated: 6-26-02

BY THE COURT:

Judge of the U. S. District Court

cc\s:\farnsworth, emery\pleadings\stipdism.doc